UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 04-17 |
| JOHN JOHNSON | SECTION "C" |

ORDER AND REASONS

IT IS ORDERED that the government's motion requiring defendant John Johnson shave his beard prior to trial is GRANTED. (Rec. Doc. 1062). The defendant has elected not to plead guilty to the offenses, therefore the government has the burden of proving him guilty beyond a reasonable doubt, which includes identifying the defendant at the perpetrator in the crimes. See *United States v. Brown*, 920 F.2d 1212 (5th Cir. 1991).

New Orleans, this 6th day of March, 2009.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE